## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH DOE, by His Parents and Next Friends, JAMES DOE and JANE DOE and CASEY ROE, by Her Mother and Next Friend, BARBARA ROE,<br><br>Plaintiffs,<br><br>v.<br><br>AYLA GAVINS, JENERRA WILLIAMS, NAKIA KEIZER, and THE CITY OF BOSTON,<br><br>Defendants. | CIVIL ACTION NO.<br>1:22-CV-10702-ADB |

## NOTICE OF APPEARANCE

Please enter the appearance Tristan P. Colangelo, Esq. of Kerstein, Coren & Lichtenstein, LLP as counsel of record for the defendant, Ayla Gavins, in the above-entitled matter.

        Respectfully submitted,

        **AYLA GAVINS**

        By her attorney:

        */s/ Tristan P. Colangelo*
        Tristan P. Colangelo (BBO# 682202)
        tcolangelo@kcl-law.com
        Kerstein, Coren & Lichtenstein, LLP
        60 Walnut Street, 4th Floor
        Wellesley, MA 02481
DATED:  April 4, 2023        (781) 997-1600

## **CERTIFICATE OF SERVICE**

      I, hereby certify that on April 4, 2023, the foregoing Notice of Appearance was electronically filed with the Clerk of Court through the CM/ECF system, which will send notification of such filing to all registered participants, including counsel for the plaintiffs and co-defendants.

                        */s/ Tristan P. Colangelo*
                        Tristan P. Colangelo